**868-219 CASE DOCKET BOOK**

| | |
|---|---|
| P1 | ARCHBISHOP SHAW BUILDING ASSOCIATION |
| P2 | KNIGHTS OF COLUMBUS |
| D1 | NAUTILUS INSURANCE COMPANY |
| D2 | ABC INSURANCE COMPANY |

| Date | Lit | Description |
|---|---|---|
| 08/26/2025 | P1 | **CIVIL CASE COVER SHEET - LA RS 13:4688** |
| 08/26/2025 | P1 | **FILE PETITION:**FOR DAMAGES BREACH OF CONTRACT AND BAD FAITH |
| 08/26/2025 | P1 | **FAX FILING TRANSMISSION** :FAX FEE: PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH ID:84820 (ORIGINAL RECEIVED) |
| 09/03/2025 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH |
| 09/23/2025 | P1 | **RETURN:**SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**250903-6247-3<br>**TO:**NAUTILUS INSURANCE COMPANY **SERVICE:**PERSONAL 09/11/2025-SECRETARY OF STATE |

**EXHIBIT A**

rev. 02/2022

# CLERK OF CIVIL DISTRICT COURT COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judges of Civil District Court en banc is authorized for use by the Clerk of Court for the purpose of initiating the civil docket sheet. The plaintiff filing the suit must fill out this form.

| PLAINTIFFS (Name of first plaintiff listed) | DEFENDANTS (Name of first defendant listed) |
|---|---|
| Archbishop Shaw Building Association | Nautilus Insurance Company |
| PARISH OF RESIDENCE OF FIRST LISTED PLAINTIFF | PARISH OF RESIDENCE OF FIRST LISTED DEFENDANT |
| Jefferson | |

| ATTORNEYS (Firm Name, Address, & Telephone No.) | TO BE FILLED IN BY CLERK'S OFFICE |
|---|---|
| Mark W. Smith (14447)<br>500 N. Causeway Blvd.<br>Metairie, LA 70001<br>(504) 830-7660 | CASE NO. 868-219<br>DIVISION B<br>JURY DEMAND _____ (yes or no |

| PROBATE | CONTRACT | SPECIAL PROCEEDING | TORTS-PERSONAL INJURY | STATUS & DOMESTIC |
|---|---|---|---|---|
| ___110 Simple Possession (No will) | ___210 Open Account | ___310 Injunction | ___410 Motor Vehicle | ___510 Separation |
| | ✔215 Breach of Contract | ___315 Declaratory Judgment | ___415 Motor Vehicle-Product Liability | ___515 Divorce |
| ___115 Petition to Probate Will (with administration) | ___220 Suit on Note | ___320 Judicial Review Zoning | | ___520 Annulment |
| | ___225 Suit on Note with Foreclosure of Chattel Mortage | ___325 Mandamus (non-real estate) | ___420 Product Liability-Other | ___525 Custody (not filed with separation or divorce) |
| ___120 Petition to Probate Will (without administration) | ___230 Suit for Earned Wages | ___330 Election Suit | ___425 Medical Malpractice | ___530 Disavowment of Paternity |
| ___125 Petition to Search for Will | ___235 Suit for Accounting | ___335 Minor's Settlement | ___430 Premises (liability for condition) | ___535 Suit to Establish Paternity |
| | | ___340 Concursus | | ___536 Child Support |
| ___130 Other | ___240 Other | ___345 Petition for Discovery | ___435 Marine | ___540 Name Change |
| | ___245 Hurricane Litigation | ___350 Petition for Writ for Sequestration | ___440 Intentional Tort | ___545 Emancipation |
| **LABOR** | **IMMOVABLE PROPERTY** | | ___445 Defamation | ___550 Interdiction |
| | | ___355 Petition to Make Judgment Executory | ___450 Other | ___555 Commitment |
| ___610 Joint Petition for Workmen's Compensation | ___710 Suit on Note with Foreclosure of Mortgage | | ___455 Asbestos | ___560 Petition to Appoint Curator |
| | | ___360 Tax Suit | ___460 Class Action | |
| ___615 Judicial Review | ___720 Suit to Rescind Sale or for Refund of Purchase Price | ___365 Petition to Become Notary | | ___565 Partition of Community (separate action) |
| ___620 Workmen's Compensation | | ___370 Other | | ___570 Marital Agreement |
| ___625 Other | ___725 Suit for Specific Performance | | | ___575 Pet. to make Judgment Executory (Domestic) |
| | ___730 Declaratory Judgment | | | ___580 Other |

Check/Fill in if demanded in complaint:

| Check if this is a CLASS ACTION under | Demand $ |
|---|---|
| RELATED CASE(S) IF ANY | Other |

___735 Rent and/or Eviction

___740 Expropriation

___745 Mandamus to Cancel Mortgage

___750 Other

JUDGE _____

CASE NO. _____

CIVIL CASES ARE DEEMED RELATED
IF PENDING CASE INVOLVES:
1. Property included in an earlier numbered pending suit
2. Same issue of fact or grows out of the same transaction
3. Validity or infringement of the same patent copyright or trademark

Filed by: FAX
Date: 8/26/25
Time: 12:22pm
Deputy Clerk: _____

FILED FOR RECORD 08/29/2025
Destrey J. Richard, JR.
OFFICIAL RECORD PAGE 1 of 1
RECEIVED VIA MAIL
08/29/2025 14:09:44
Destrey J. Richard, JR. CIV. OF CLERK
PARISH, LA

2025-08-26 12:19          MARK W SMITH 15048307661 >>                    P 1/10



# MARK W. SMITH
## & ASSOCIATES, PLC
### ATTORNEY·NOTARY

500 N. Causeway Blvd.
Metairie, Louisiana 70001
504-830-7660 (T)
504-830-7661 (F)

www.mwslegal.com

Mark W. Smith
Christian S. Smith
Mark W. Smith, II*

August 26, 2025

\* Non-Attorney SSD Representative

### <u>VIA FACSIMILE BY: (504) 364-3780</u>

Hon. Jon A. Gegenheimer,
Clerk of Court – 24th Judicial District Court
P. O. Box 10
Gretna, LA 70054

### NEW PETITION:

RE:   *Archbishop Shaw Building Association dba Knights of Columbus v. Nautilus Insurance Company and ABC Insurance Company*
Our File: M25-866

Dear Ms. Gegenheimer:

Attached please find a Petition for Damages, Breach of Contract, and Bad Faith, which I ask that you please file into the record and have **service effected** in the above-named matter. Upon receipt of your invoice, I shall forward to you our firm's checks along with the original Petition.

Thanking you in advance for your attention to this matter, I remain

Very truly yours,

Violet P. Nicholas
Paralegal to Christian S. Smith

/vpn

Attachment

Filed by: FAX
Date: 8/26/25
Time: 12:22pm
Deputy Clerk: D. RICHARD

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

**DOCKET NO:** 868-219                    **DIVISION:** B

**ARCHBISHOP SHAW BUILDING ASSOCIATION
DBA KNIGHTS OF COLUMBUS**
*Plaintiff*

**VERSUS**

**NAUTILUS INSURANCE COMPANY and
ABC INSURANCE COMPANY**
*Defendant*

**Filed** _____    _____ **Deputy Clerk**

### PETITION FOR DAMAGES, BREACH OF CONTRACT,

### AND BAD FAITH

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **ARCHBISHOP SHAW BUILDING ASSOCIATION DBA KNIGHTS OF COLUMBUS** (hereinafter "Archbishop Shaw" or "Plaintiff"), who respectfully represents that:

1.

Made defendant herein is **NAUTILUS INSURANCE COMPANY** (hereinafter "Nautilus"), a foreign insurance company licensed to do business in the State of Louisiana.

2.

Made defendant herein is ABC INSURANCE COMPANY, as the liability insurer of Nautilus Insurance Company, whose true name and identity are presently unknown to Plaintiff.

3.

This Honorable Court has jurisdiction over this matter pursuant to Louisiana Code of Civil Procedure Article 6 and Louisiana Revised Statutes 22:1269.

FILED FOR RECORD 08/29/2025 14:09:44
Delany V. Richard, DY CLERK
JEFFERSON PARISH, LA

RECEIVED VIA MAIL

4.

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 42 and Louisiana Revised Statutes 22:1269(B)(1), as the loss occurred at 4021 Trenton Street, Metairie, Louisiana 70002, which is located within Jefferson Parish.

5.

At all times material hereto, Plaintiff owned and operated a building located at 4021 Trenton Street, Metairie, Louisiana 70002 (the "Property").

6.

On or about March 16, 2024, Nautilus issued Commercial Package Policy No. NN1657725 to Plaintiff, with policy limits sufficient to cover the losses at issue herein, and with a policy period from March 16, 2024, through March 16, 2025.

7.

Plaintiff paid all premiums due under the Policy, and the Policy was in full force and effect on the date of loss.

8.

On or about April 20, 2024, the Property sustained significant water damage when an abnormal amount of water from washing dishes after a large event overwhelmed the kitchen sink drainage system, causing water to back up and overflow from toilets in the building's bathrooms.

9.

The loss was caused by a sudden and accidental event - specifically, the excessive volume of water from a single event that exceeded the drainage system's capacity.

10.

Plaintiff promptly reported the loss to Nautilus and cooperated fully with Nautilus's investigation.

11.

Plaintiff retained All Dry Services of GNO to perform emergency water mitigation services, which included removing damaged flooring, drywall, baseboards, and tile floor coverings, as well as detaching toilets, sinks, partition walls, and doors in the affected bathrooms.

12.

The total cost of remediation and repairs was $50,035.37, consisting of:

- All Dry Services of GNO: $18,105.23
- J&D Multiservices: $25,352.80
- Floorco: $6,577.34

13.

After applying the Policy's $2,500 deductible and $1,610.12 depreciation, the actual cash value of the claim is $45,925.25.

14.

On May 21, 2024, Nautilus wrongfully denied coverage for Plaintiff's claim, asserting various inapplicable exclusions.

15.

Nautilus's denial letter mischaracterized the loss as a "sewer backup," when in fact the loss was caused by clear water overflow from excessive kitchen sink usage during a single event.

16.

Keith Gourgues, owner of All Dry Services and a certified expert in water damage restoration, confirmed that this was not a sewer backup but rather a clear water overflow event.

17.

The actual cause of loss - overflow due to excessive water volume from a single accidental event - is covered under the Policy and is not subject to any applicable exclusion.

18.

Despite being presented with clear evidence that this was not a sewer backup, Nautilus maintained its wrongful denial in subsequent correspondence dated December 17, 2024.

19.

Nautilus's investigation was inadequate and outcome-oriented, as evidenced by:

- o  Mischaracterizing clear water overflow as sewage backup

    o   Failing to properly investigate the actual cause of loss

    o   Ignoring expert testimony from the water remediation specialist

    o   Applying inapplicable policy exclusions

20.

Nautilus has failed to fairly and promptly adjust Plaintiff's claim and has failed to pay the amounts due under the Policy within sixty (60) days of satisfactory proof of loss, all in violation of Louisiana Revised Statutes 22:1892 and 22:1973.

21.

Plaintiff incorporates by reference all preceding allegations.

22.

The Policy constitutes a valid and enforceable contract between Plaintiff and Nautilus.

23.

Plaintiff performed all conditions precedent under the Policy, including timely payment of premiums and prompt notice of the loss.

24.

Nautilus breached the Policy by wrongfully denying coverage for a covered loss.

25.

As a direct and proximate result of Nautilus's breach, Plaintiff has sustained damages in the amount of at least $45,925.25, plus additional damages as set forth below.

26.

Plaintiff incorporates by reference all preceding allegations.

27.

Nautilus's conduct constitutes bad faith under Louisiana Revised Statutes 22:1892 and 22:1973, entitling Plaintiff to penalties and attorney's fees.

28.

Nautilus has arbitrarily, capriciously, and without probable cause:

- o Failed to pay the claim within sixty (60) days after receipt of satisfactory proof of loss
- o Failed to pay the undisputed amount of the claim
- o Failed to make a written offer to settle the claim

29.

Pursuant to Louisiana Revised Statutes 22:1892(B)(1), Plaintiff is entitled to penalties in an amount up to two times the damages sustained or five thousand dollars, whichever is greater.

30.

Pursuant to Louisiana Revised Statutes 22:1973(B)(5), Plaintiff is entitled to penalties in an amount up to fifty percent of the amount due under the Policy or one thousand dollars, whichever is greater.

31.

Plaintiff is further entitled to reasonable attorney's fees pursuant to Louisiana Revised Statutes 22:1892 and 22:1973.

32.

As a direct and proximate result of Defendants' wrongful acts and omissions, Plaintiff has sustained the following damages:

- o The amount due under the Policy: $45,925.25
- o Penalties under La. R.S. 22:1892
- o Penalties under La. R.S. 22:1973
- o Reasonable attorney's fees
- o Legal interest from date of judicial demand
- o All costs of these proceedings
- o Such other relief as this Court deems just and proper

WHEREFORE, Plaintiff, ARCHBISHOP SHAW BUILDING ASSOCIATION DBA KNIGHTS OF COLUMBUS, prays that after due proceedings are had, there be judgment herein in favor of Plaintiff and against Defendants, NAUTILUS INSURANCE COMPANY and ABC INSURANCE COMPANY, jointly, severally, and in solido, as follows:

1. For the full amount due under the Policy in the sum of $45,925.25;

2. For penalties under Louisiana Revised Statutes 22:1892(B)(1) in an amount up to two times the damages sustained or five thousand dollars, whichever is greater;

3. For penalties under Louisiana Revised Statutes 22:1973(B)(5) in an amount up to fifty percent of the amount due under the Policy or one thousand dollars, whichever is greater;

4. For reasonable attorney's fees under Louisiana Revised Statutes 22:1892 and 22:1973;

5. For legal interest on all sums from date of judicial demand until paid;

6. For all costs of these proceedings; and

7. For all general and equitable relief to which Plaintiff may be entitled.

Plaintiff further prays for trial by jury on all issues so triable.

Respectfully submitted,

MARK W. SMITH, (#14447)
500 N. Causeway Blvd.
Metairie, LA 70001
(504) 830-7660
(504) 830-7661 facsimile
*Attorney for Archbishop Shaw Building
Association dba Knights of Columbus*

**Please Serve:**

Nautilus Insurance Company
Through the Louisiana Secretary of State

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.



**JON A. GEGENHEIMER**
# JEFFERSON PARISH CLERK OF COURT
*24th Judicial District Court Civil Records Division – FAX Filing*
P.O. BOX 10 ● GRETNA LA 70054-0010 ● (504) 364-2971



# FACSIMILE FILING RECEIPT OF TRANSMISSION

**To:** MARK W SMITH, ATTORNEY
FAX # 504-830-7661

August 26 , 20 25

**From:** s/ Angela P. Ingraffia , *Deputy Clerk of Court*
24th JDC FAX Filing ● (504) 364-2971

**Re:** **Case #:** 868-219 **Div.:** B
**Case Title:** ARCHBISHOP SHAW BUILDING ASSOCIATION, Et Al vs NAUTILUS INSURANCE COMPANY, Et Al
**Total Number of Pages:** 10
**Document Type:** PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH

**Receipt is hereby acknowledged of the above described document, which was filed at** 12:22 ☐ A.M. ☒ P.M. on August 26 , 20 25.

PLEASE TAKE NOTICE that per La. R.S. 13:850, as amended by Act 109 of the 2016 Regular Legislative Session, the following shall be delivered to the clerk of court:
1. Fees for the facsimile filing and filing of the original document as stated below.
2. A transmission fee of $5.00.
3. Original documents identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. Original documents which are not identical to the facsimile filing or which include pages not included in the facsimile filing shall not be considered the original document.

NOTE: Although fees due may be paid by credit card, the facsimile filing shall have no force and effect if the original documents are not delivered to the clerk of court within 7 (seven) days, exclusive of legal holidays, after the clerk of court receives the facsimile filing.

NOTE: Per La. R.S. 13:850, the facsimile filing fee and transmission fee are incurred at the time the clerk of court receives the fax transmission, and the fees are due and payable regardless of whether the original documents are received.

☒ **Check or money order to "Jefferson Parish Clerk of Court"** $ $405.00
☒ Check or money order payable to "East Baton Rouge Sheriff": $ $41.52
☐ Check or money order payable to "Jefferson Parish Sheriff": $
☐ Check or money order payable to "Orleans Parish Civil Sheriff": $
☒ Check or money order payable to "Louisiana Secretary of State": $ $50.00
☐ Check or money order payable to _____ : $
☐ Check or money order payable to _____ : $
☐ Send the La. Civil Case Reporting form required per La. R.S. 13:4688.
☐ Other:

Payments to Jefferson Parish Clerk of Court can be made by credit card, all other payments must be sent by check or money order.
To pay by credit card go to: https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit select court "24th Civil JDC" and enter this case number.

# ***PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT***
Received: Aug 26 2025 12:22:45 Pages: 10 JobID:ifax_3JSDCBMWAA
# WHEN ORIGINAL PLEADING IS SUBMITTED.***

E-Filing is available on JeffNet, visit www.jpclerkofcourt.us to learn more.

24th JDC Civil Fax Filed:08/26/2025 12:22:45 Case:868219 Div:B ID:84820

 

**JON A. GEGENHEIMER**

# JEFFERSON PARISH CLERK OF COURT

*24th Judicial District Court Civil Records Division – FAX Filing*

P.O. Box 10 ● Gretna LA 70054-0010 ● (504) 364-2971

# FACSIMILE FILING RECEIPT OF TRANSMISSION

**To:** MARK W SMITH, ATTORNEY
FAX # 504-830-7661

August 26 _____, 20 25

**From:** s/ Angela P. Ingraffia _____, *Deputy Clerk of Court*
24th JDC FAX Filing ● (504) 364-2971

**Re:** **Case #:** 868-219 _____ **Div.:** B
**Case Title:** ARCHBISHOP SHAW BUILDING ASSOCIATION, Et Al vs NAUTILUS INSURANCE COMPANY, Et Al
**Total Number of Pages:** 10
**Document Type:** PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH

**Receipt is hereby acknowledged of the above described document, which was filed at**
12:22 _____ ☐ A.M. ☒ P.M. on August 26 _____, 20 25.

PLEASE TAKE NOTICE that per La. R.S. 13:850, as amended by Act 109 of the 2016 Regular Legislative Session, the following shall be delivered to the clerk of court:

1. Fees for the facsimile filing and filing of the original document as stated below.
2. A transmission fee of $5.00.
3. Original documents identical to the facsimile filing in number of pages and in content of each page including any attachments, exhibits, and orders. Original documents which are not identical to the facsimile filing or which include pages not included in the facsimile filing shall not be considered the original document.

NOTE: Although fees due may be paid by credit card, the facsimile filing shall have no force and effect if the original documents are not delivered to the clerk of court within 7 (seven) days, exclusive of legal holidays, after the clerk of court receives the facsimile filing.

NOTE: Per La. R.S. 13:850, the facsimile filing fee and transmission fee are incurred at the time the clerk of court receives the fax transmission, and the fees are due and payable regardless of whether the original documents are received.

☒ **Check or money order to "Jefferson Parish Clerk of Court"** $ $405.00

☒ Check or money order payable to "East Baton Rouge Sheriff": $ $41.52

☐ Check or money order payable to "Jefferson Parish Sheriff": $_____

☐ Check or money order payable to "Orleans Parish Civil Sheriff": $_____

☒ Check or money order payable to "Louisiana Secretary of State": $ $50.00

☐ Check or money order payable to _____: $_____

☐ Check or money order payable to _____: $_____

☐ Send the La. Civil Case Reporting form required per La. R.S. 13:4688.

☐ Other:

Payments to Jefferson Parish Clerk of Court can be made by credit card, all other payments must be sent by check or money order.
To pay by credit card go to: https://ssl.jpclerkofcourt.us/JeffNetGo/CaseDeposit select court "24th Civil JDC" and enter this case number.

# ***PLEASE ENCLOSE A COPY OF THIS ACKNOWLEDGMENT***

Received: Aug 26 2025 12:22:45 Pages: 10  JobID:ifax_3JSDCBMWAA

# WHEN ORIGINAL PLEADING IS SUBMITTED.***

E-Filing is available on JeffNet, visit www.jpclerkofcourt.us to learn more.

24th JDC Civil Fax Filed:08/26/2025 12:22:45 Case:868219 Div:B ID:84820

(101) CITATION: PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH;                250903-6247-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

ARCHBISHOP SHAW BUILDING ASSOCIATION, KNIGHTS OF COLUMBUS

versus

NAUTILUS INSURANCE COMPANY, ABC INSURANCE COMPANY

Case: 868-219    Div: "B"
P 1  ARCHBISHOP SHAW BUILDING ASSOCIATION

EAST BATON ROUGE PARISH

To:  NAUTILUS INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

SOS CK#4698 $50.00
EBR CK#4697 $41.52

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MARK W. SMITH and was issued by the Clerk of Court on the 3rd day of September, 2025.

/s/ Carlos T. Mendoza
Carlos T. Mendoza, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH;                250903-6247-3

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                     Deputy Sheriff
Parish of: _____

SERVED ON
NANCY LANDRY

SEP 11 2025

SECRETARY OF STATE
COMMERCIAL DIVISION

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

SERVICE COPY DOCUMENT (RETURN COPY)

(101) CITATION: PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH;

250903-6247-3

FILED FOR RECORD 09/23/2025 09:47:31
Deborah A. Bolotte DY CLERK
JEFFERSON PARISH LA

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

ARCHBISHOP SHAW BUILDING ASSOCIATION,
KNIGHTS OF COLUMBUS
   versus
NAUTILUS INSURANCE COMPANY, ABC INSURANCE
COMPANY

Case: 868-219   Div: "B"
P 1  ARCHBISHOP SHAW
BUILDING ASSOCIATION

EAST BATON ROUGE PARISH

To: NAUTILUS INSURANCE COMPANY
THROUGH THE LOUISIANA SECRETARY OF STATE

SOS CK#4698 $50.00
EBR CK#4697 $41.52

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MARK W. SMITH and was issued by the Clerk of Court on the 3rd day of September, 2025.

/s/ Carlos T. Mendoza
Carlos T. Mendoza, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES, BREACH OF CONTRACT, AND BAD FAITH;

250903-6247-3

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal     ___ Domiciliary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
              Deputy Sheriff
Parish of: _____

I made service on the named party through the Office of the Secretary of State on

**SEP 1 1 2025**

by tendering a copy of this document to:
**JULIE NESBITT**

**DY. B. GARAFOLA #0577**
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
DATE
SEP 1 0 2025
E.B.R. Sheriff Office